**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**CASE NO.:  1:22-cv-04669-ELR**

ANISH PATEL,

        Plaintiff,

v.

ROLLINS, INC. AND COX
ENTERPRISES, INC.,

        Defendants.

---

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff ANISH PATEL, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until February 24th, 2023 in which to file a Stipulation of Dismissal.

Dated:  January 25, 2023      Respectfully submitted,

                           */s/ Evan A. Andersen*
                           EVAN A. ANDERSEN
                           Georgia Bar No. 377422
                           evan.andersen@sriplaw.com

                           **SRIPLAW**
                           3372 Peachtree Road
                           Suite 115
                           Atlanta, GA 30326

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

404.496.6606 – Telephone
561.404.4353 – Facsimile
*Counsel for Plaintiff Anish Patel*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 25, 2023, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN

## SERVICE LIST

Mr. James A. Trigg
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St Ste 2800
Atlanta, GA 30309-
jtrigg@kilpatricktownsend.com
Attorney for Defendant Rollins, Inc.

Mr. J. Tucker Barr
ARNALL GOLDEN GREGORY LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30301
tucker.barr@agg.com
Attorney for Defendant Cox
Enterprises, Inc. d/b/a The Atlanta
Journal-Constitution