**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**CASE NO.:  1:22-cv-04669-ELR**

ANISH PATEL,

      Plaintiff,

v.

ROLLINS, INC. AND COX
ENTERPRISES, INC.,

      Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ANISH PATEL, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  February 22, 2023         Respectfully submitted,

                  */s/ Evan A. Andersen*
                  EVAN A. ANDERSEN
                  Georgia Bar No. 377422
                  evan.andersen@sriplaw.com

                  **SRIPLAW**
                  3372 Peachtree Road
                  Suite 115
                  Atlanta, GA 30326

404.496.6606 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Anish Patel*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 22, 2023, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/Evan A. Andersen*
EVAN A. ANDERSEN

## SERVICE LIST

J. Tucker Barr
Arnall Golden Gregory LLP
171 17th Street NW
Ste 2100
Atlanta, GA 30363
Attorney for Rollins, Inc.

James A. Trigg
Kilpatrick Townsend & Stockton, LLP - ATL
Suite 2800
1100 Peachtree Street, N.E.
Atlanta, GA 30309-4528
Attorney for Cox Enterprises, Inc.
d/b/a The Atlanta Journal-Constitution